IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILL MOSES PALMER,

        Plaintiff,                      CV F 06 0512 OWW WMW P

   vs.

JEANNE WOODFORD, et al.,       ORDER DENYING MOTION FOR
                                                 APPOINTMENT OF COUNSEL
        Defendants.                 (DOC 13)

       Plaintiff has requested the appointment of counsel.  The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  <u>Mallard v. United States District Court for the Southern District of Iowa</u>, 490 U.S. 296, 109 S.Ct. 1814 (1989).

       In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(d).  <u>Terrell v. Brewer</u>, 935 F.2d 1015 (9th

Cir. 1990); <u>Wood v. Housewright</u>, 900 F.2d 1332 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.

        Accordingly, plaintiff's request for the appointment of counsel is denied.

IT IS SO ORDERED.

**Dated:**    **January 11, 2007**                  **/s/  William M. Wunderlich**
j14hj0                                              UNITED STATES MAGISTRATE JUDGE