IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILL MOSES PALMER III,

        Plaintiff,        CV F 06 0512 LJO WMW P

    vs.                ORDER RE MOTIONS (DOCS 2,3,6)

JEANNE WOODFORD, et al.,

        Defendants.

     Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff initiated this action by the filing of a civil complaint, along with a motion for summary judgment and two requests for injunctive relief. On August 29, 2007, Plaintiff filed an amended complaint, on which this action now proceeds. Plaintiff's requests are therefore moot.

     Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions are dismissed as moot.IT IS SO ORDERED.

**Dated:**   **September 27, 2007**          /s/  **William M. Wunderlich**
                                                UNITED STATES MAGISTRATE JUDGE