KM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Will Moses Palmer, III,       ) | No. CV 1-06-512-JMR |
|                  Plaintiff,   ) | **ORDER** |
| vs.                           ) | |
| Jeanne Woodford, et al.,      ) | |
|                  Defendants.  ) | |

Pending before the Court is Plaintiff's Motion for Extension (Doc. No. 25). Good cause appearing, the motion is **GRANTED**. Plaintiff shall have until **March 20, 2009** to submit the required documents.

DATED this 11th day of February, 2009.

_____
John M. Roll
Chief United States District Judge

**JDDL**