# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Will Moses Palmer, III, | No. CV 1-06-512-JMR |
| Plaintiff, | **ORDER** |
| vs. | |
| Jeanne Woodford, et al., | |
| Defendants. | |

Defendants have filed a Motion to Revoke Plaintiff's IFP Status and a Motion to Dismiss the Case (Doc. No. 37). Defendants' Motion to Dismiss seeks to have your case dismissed pursuant to 28 U.S.C. § 1915(g). A motion to dismiss will, if granted, end your case. Local Rule 78-230(m) states that "[f]ailure of the responding party to file opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions."

Accordingly,

**IT IS ORDERED** that Plaintiff shall file a Response to Defendants' Motion to Dismiss by **October 16, 2009**.

DATED this 19th day of August, 2009.

John M. Roll
Chief United States District Judge

JDDL