# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILL MOSES PALMER, III, | CASE NO. 1:06-cv-00512-LJO-BAM PC |
|     Plaintiff, | ORDER TO SHOW CAUSE |
|     v. | (ECF Nos. 70, 77) |
| JEANNE WOODFORD, et al., | THIRTY-DAY DEADLINE |
|     Defendants. | |

    Plaintiff Will Moses, Palmer, III ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On May 17, 2006, Plaintiff consented to the jurisdiction of the Magistrate Judge. (ECF No. 5.) On October 6, 2011, an order was issued directing Defendants to file a consent or decline form within thirty days. (ECF No. 70.) Defendants did not file a consent or decline form or otherwise respond to the order. On November 22, 2011, a second order issued directing Defendants to consent or decline within thirty days. (ECF No. 77.) More than thirty days have passed and Defendants have not filed a consent or decline form or otherwise responded to the order.

    Accordingly, within thirty days from the date of service of this order, Defendants are ordered to show cause why sanctions should not be issued for their failure to comply with an order of the court.

    IT IS SO ORDERED.

Dated:   January 9, 2012            /s/ Barbara A. McAuliffe
                                                    UNITED STATES MAGISTRATE JUDGE

1