# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILL MOSES PALMER, III,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEANNE WOODFORD, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | CASE NO. 1:06-cv-00512-LJO-BAM PC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 84) |

　　　　Plaintiff Will Moses, Palmer, III ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on the first amended complaint, filed August 29, 2007, against Defendants Jordnt and Bardonnex for retaliation and denial of access to the court in violation of the First Amendment. On January 9, 2012, an order issued for Defendants to show cause why sanctions should not be imposed for their failure to respond to the orders requiring them to submit a consent or decline form.  On January 13, 2012, Defendants submitted a response to the order to show cause and a form declining the jurisdiction of a magistrate judge. Accordingly, the order to show cause, issued January 9, 2012, is HEREBY DISCHARGED.

　　　　IT IS SO ORDERED.

　**Dated:**　**January 18, 2012**　　　　　　　　　　**/s/ Barbara A. McAuliffe**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1