UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILL MOSES PALMER, III, <br><br> Plaintiff, <br><br> v. <br><br> JORDNT, et al., <br><br> Defendants. | Case No.: 1:06-cv-00512-LJO-BAM PC <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF DEFENDANT LOPEZ FOR FAILURE TO EFFECTUATE SERVICE OF PROCESS <br><br> (ECF No. 111, 112, 120, 121) |

Plaintiff Will Moses Palmer, III, ("Plaintiff") is a state prisoner proceeding se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on April 28, 2006. (ECF No. 1.) This action now proceeds on Plaintiff's second amended complaint against Defendants Lopez, Jordnt, and Bardonnex for retaliation and denial of access to the courts. (ECF Nos. 111, 112.)

On July 5, 2013, the Magistrate Judge issued findings and recommendations that Defendant Lopez be dismissed from this action, without prejudice, based on Plaintiff's failure to effect service of summons and complaint pursuant to Federal Rule of Civil Procedure 4(m). The findings and recommendations were served on Plaintiff and contained notice that objections should be filed within thirty (30) days after service. More than thirty (30) days have passed and Plaintiff has not filed any objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on July 5, 2013, are adopted in full; and

2. Defendant Lopez is DISMISSED from this action, without prejudice, based on Plaintiff's failure to effect service of summons and complaint pursuant to Federal Rule of Civil Procedure 4(m).

IT IS SO ORDERED.

Dated:   **August 12, 2013**                    /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE