# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILL MOSES PALMER, III, | ) Case No.: 1:06-cv-00512-LJO-BAM PC |
| Plaintiff, | ) ORDER GRANTING DEFENDANTS' REQUEST TO TAKE PLAINTIFF'S DEPOSITION VIA VIDEOCONFERENCE |
| v. | ) (ECF No. 125) |
| JORDNT, et al., | ) |
| Defendants. | ) |

Plaintiff Will Moses Palmer, III, ("Plaintiff") is a state prisoner proceeding se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on April 28, 2006. (ECF No. 1.) This action now proceeds on Plaintiff's second amended complaint against Defendants Jordnt and Bardonnex for retaliation and denial of access to the courts. (ECF Nos. 111, 112, 122.)

On September 20, 2013, Defendants filed a request seeking leave to depose Plaintiff, who is incarcerated at Kern Valley State Prison, by videoconference. Fed. R. Civ. P. 30(b)(4) (on motion, court may order that a deposition be taken by telephone or other remote means). Defendants explain that both the California Department of Corrections and Rehabilitation and the Attorney General's Office are operating under severe financial constraints and a video conference will eliminate unnecessary travel expenses.

1

1     Good cause having been shown, Defendants' request to conduct Plaintiff's deposition via videoconference is HEREBY GRANTED. Nothing in this order shall be construed to require the institution housing Plaintiff to obtain videoconferencing equipment if it is not already available. IT IS SO ORDERED.

Dated:   **September 23, 2013**      /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE