UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILL MOSES PALMER, III,<br><br>    Plaintiff,<br><br>    v.<br><br>JORDNT, et al.,<br><br>    Defendants. | Case No.: 1:06-cv-00512-LJO-BAM PC<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE OR STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER  (ECF No. 129) |

Plaintiff Will Moses Palmer, III, ("Plaintiff") is a state prisoner proceeding se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff initiated this action on April 28, 2006.  (ECF No. 1.)  This action now proceeds on Plaintiff's second amended complaint against Defendants Jordnt and Bardonnex for retaliation and denial of access to the courts.  (ECF Nos. 111, 112, 122.)  On October 11, 2013, Plaintiff filed a motion to modify the discovery and scheduling order.  (ECF No. 129)  Defendants have not filed a response.  Accordingly, Defendants are directed to either file a response to the motion to modify the discovery and scheduling order or a statement of non-opposition within fourteen (14) days after service of this order.

IT IS SO ORDERED.

Dated:  **November 4, 2013**            /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE

1