IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILL MOSES PALMER, III,** | Case No. 1:06-cv-00512-LJO-BAM(PC) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS'** |
| **v.** | **REQUEST FOR EXTENSION OF TIME** |
| | **TO FILE REPLY IN SUPPORT OF** |
| **JEANNE WOODFORD, et al.,** | **MOTION FOR SUMMARY JUDGMENT** |
| Defendants. | |

Plaintiff Will Moses Palmer, III, ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Defendants Jordnt and Bardonnex filed a motion for summary judgment on January 7, 2014. Following an extension of time, Plaintiff filed his response on February 13, 2014. Thereafter, on February 21, 2014, Defendants filed a motion requesting a seventeen-day extension of time to file their reply.  The Court granted the request on February 24, 2014.  Defendants' reply was due on or before March 10, 2014.

On March 10, 2014, Defendants filed the instant motion requesting a second extension of time to March 14, 2014, to file their reply.  Defendants explain that the brief extension is necessary because counsel has been unexpectedly and intermittently out of the office due to ongoing medical issues involving the Family Medical Leave Act.  (ECF No. 146.)

1       Having considered Defendants' motion and the declaration of counsel, the Court finds good

2   cause to grant the requested extension of time.  Plaintiff will not be prejudiced by the four-day

3   extension.  Accordingly, Defendants' request for an extension of time to file their reply in support

4   of the motion for summary judgment is GRANTED.  Defendants shall file and serve their reply

5   on or before March 14, 2014.

6   IT IS SO ORDERED.

7

    Dated:   **March 10, 2014**　　　　　　　　　_/s/ Barbara A. McAuliffe_

8   　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

9