UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILL MOSES PALMER, III,<br><br>             Plaintiff,<br><br>      v.<br><br>JORDNT, et al.,<br><br>             Defendants. | Case No.: 1:06-cv-00512-LJO-BAM PC<br><br>ORDER REGARDING MOTION REQUEST STATUS OF CASE<br><br>(ECF No. 159) |

  Plaintiff Will Moses Palmer, III, ("Plaintiff") is a state prisoner proceeding se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. Currently before the Court is Plaintiff's motion requesting to be informed about the status of this action, filed on July 25, 2016. (ECF No. 159.) Plaintiff states in the motion that he has not received a ruling on the Defendants' motion for summary judgment filed over two years ago, and that the last legal mail he received on this matter was the findings and recommendations, dated July 30, 2014.

  The Court informs Plaintiff as follows:  On September 29, 2014, the district judge in this action issued an order (1) adopting the findings and recommendations in full; (2) denying Plaintiff's motion to compel, filed on March 28, 2014; (3) granting Plaintiff's request for judicial notice filed, on February 13, 2014; (4) granting Defendants' motion for summary judgment, filed on January 7, 2014; and (5) directing the Clerk of the Court to enter judgment in favor of Defendants Jordnt and Bardonnex. (ECF No. 156.) Judgment was entered accordingly the next day, and this case was closed.

1

1 (ECF No. 157.) This order and judgment were served by mail on Plaintiff on September 30, 2014, at
2 Plaintiff's address of record (California State Prison, Los Angeles County, 44750 60th Street West,
3 Lancaster, CA 93536). The docket does not reflect that the order or judgment were returned as
4 undeliverable, or otherwise rejected by Plaintiff or the above-named institution.
5    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion requesting a status of this
6 case (ECF No. 159) is GRANTED, and the status of this matter is as set forth above.  This matter
7 remains closed.

9 IT IS SO ORDERED.

10   Dated:   **July 26, 2016**          /s/ *Barbara A. McAuliffe*    _
11                                       UNITED STATES MAGISTRATE JUDGE

2